# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-327 (RLE) |
| Plaintiffs, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| NATHAN DANIEL BASSETT (1) | |
| and | |
| TYTUS AHTUSHMIT BASSETT (2), | |
| Defendants. | |

_____

James Alexander, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Bruce Rivers, **RIVERS & ASSOCIATES, PA**, 100 North Sixth Street, Suite 280B, Minneapolis, MN 55403, for defendants.

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreements entered into between the United States and Defendants Nathan Daniel Bassett and Tytus Ahtushmit Bassett; on the Court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a); and on the Court's determination that, based on the Plea Agreements entered into by the defendants and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendants have pled guilty,

**IT IS HEREBY ORDERED** that:

1. The Plaintiff's motion for a preliminary order of forfeiture is GRANTED;

2. The following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a):

   a) $6,400.00 in U.S. Currency; and

   b) a 2007 Suzuki Motorcycle, Minnesota License 07274MG, VIN JS1SK43A072100784;

3. The Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendants at the time of their sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

DATED: April 29, 2010
at Minneapolis, Minnesota.           s/ John R. Tunheim
                                    JOHN R. TUNHEIM
                                 United States District Judge